UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00397-WYD

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

1. DOMINGO DOMINGO-FRANCISCO,

　　　　Defendant.

---

**ORDER**

---

　　　　This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

　　　　ORDERED that all pretrial motions shall be filed by **Monday, October 27, 2008,** and responses to these motions shall be filed by **Monday, November 10, 2008.** It is

　　　　FURTHER ORDERED that counsel shall contact my chambers to set a hearing on all pending motions, if any, and final trial preparation conference, if necessary. It is

　　　　FURTHER ORDERED that a 2-day jury trial is set for **Monday, November 24, 2008, at 9:00 a.m. in courtroom A-1002.**

　　　　Dated this 6th day of October, 2008.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　U. S. District Judge