UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00397-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOMINGO DOMINGO-FRANCISCO,

    Defendant.

---

**ORDER**

---

A Notice of Disposition was filed in the above matter on October 24, 2008. A Change of Plea hearing is set for **Monday, December 8, 2008 at 10:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.** The jury trial set on November 24, 2008 is VACATED.

    Dated: November 4, 2008